I. Honorable (Attorney, Bishop, Judge and Top Military Officer and Veteran) (Dr. Gene Edward Scott II) @ legal address 2114 West Adams Street Phoenix, Arizona 85[...]

CV23-00019-PHX-SPL

(480) 203-6728,

Email: genscott1967@yahoo.com, and Facebook: gene scottii

*PRE TRIAL (RULE 16), POSSIBLE JURY TRIAL (RULE 47)

(Peers: Negro Business Owners). Case:

Gene Edward Scott II, Petitioner(s),

VS.

DOD [...] Respondant.

ADMINISTRATION ACT. Notice Of Potential Law Suit AND MOTION TO SETTLE OUT OF COURT ALSO. DEFAULT OF JUDGEMENT AND CONTEMPTS OF COURT ANG ONGOING BY OF DEFENSE/RESPONDANTS. SERVED DURING TODAY OF THE ACT-IONS H-E-R-E AND

-1-

INFORMA PAUPERIS.

II. QUESTION OF LAW;
  A. Administration Act.
  B. VIII Amendment of The United States Constitution
  C. And, The Civil RIGHTS ACT OF 1964 As Amended.

III. DIVERSITY OF CITIZENSHIP.

IV. Amount IN QUESTION:
  A. Top Military Officer's Retirement pays And Flights payeeship AND MAINTAIN ENTIRE Tour IN MARICOPA COUNTY MONROE COUNTY 3 AND PULASKI COUNTY 3 Both IN MY DISCRETION AND TO HAVE FLOWN EVERY TYPE OF MILITARY AIRCRAFT EVENTUALY AND EVENTUALLY LEGALLY.

V. STATEMENT OF CLAIM: GENE EDWARD SCOTT II NEVER USED (DESTROYING PROPERTY NOR NICKED PROPERTY NOR SPIRIT).

PLAINTIFF RECEIVES $1404 per months' TOTALY.

A. SINCE 9/11 INCIDENTS..., VARIOUS people past age 50 Have re-enlisted and Enlisted and Commissioned in return to the United States military.

B. Please, expect case law Google References:...,.

Statement Of ~~Case~~ Relief:

VI. As listed in Amount In Question.

VII. We testify that... Gene Edward Scott II is 100% innocent and has more debt than income

Dated: 12/29/2022

*[signature]*

-4-